It is unnecessary to couch plaintiff's cause of action in this case in terms of any so-called "tort of outrage," for under the complaint it is possible that plaintiff might prove that some physical injury resulted from the emotional distress engendered by the conduct of the defendant. As long ago as 1906, this Court recognized that a cause of action in tort would lie under such circumstances. Engle v. Simmons, 148 Ala. 92,41 So. 1023 (1906). (This cause of action would be no more or less than an action of trespass on the case. That form of action was also allowed in Industrial Savings Bank v. Mitchell,25 Ala. App. 13, 140 So. 449 (1932), in which an award for physical injury caused by emotional distress was affirmed by the Court of Appeals and certiorari was denied by this Court,224 Ala. 335, 140 So. 452 (1932)).